UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA R. MARTIN,

       Plaintiff,

v.

       Case No. 06-10821
       Hon. Gerald E. Rosen
       Magistrate Judge Virginia M. Morgan

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

       At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     March 30, 2007

       PRESENT: Honorable Gerald E. Rosen
                      United States District Judge

       On July 31, 2006, Magistrate Judge Virginia M. Morgan issued a Report and Recommendation ("R & R") recommending that the Court grant the Defendant Commissioner of Social Security's motion for summary judgment and deny Plaintiff Donna R. Martin's motion for summary judgment. Plaintiff, proceeding *pro se,* filed objections to the R & R on August 11, 2006, in which she largely restates her contention in her underlying summary judgment motion that the Administrative Law Judge's decision is not supported by substantial evidence in the administrative record. Upon reviewing the R & R, Plaintiff's objections, the parties' motions, and the record as a

whole, the Court fully concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's July 31, 2006 Report and Recommendation is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED that, for the reasons stated in the R & R, Defendant's motion for summary judgment is GRANTED and Plaintiff's motion for summary judgment is DENIED.

                                            s/Gerald E. Rosen  
                                            Gerald E. Rosen  
                                            United States District Judge

Dated: March 30, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 30, 2007, by electronic and/or ordinary mail.

                                            s/LaShawn R. Saulsberry  
                                            Case Manager